# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133544

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

KERRICK FARQUHARSON,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133544
COA: 271783
Genesee CC: 05-016672-FC

     On order of the Court, the application for leave to appeal the February 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

Clerk